In the

# UNITED STATES DISTRICT COURT for COLORADO

Mr. Page David Penk
plaintiff

v

The Honorable
James Mattis
U.S. Secretary of Defense
respondant

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 18 2017
JEFFREY P. COLWELL
CLERK

## EMERGENGY COMPLAINT

Challenging Constitutionality of the

War Power Act/Resolution of 1973
50 U.S.C 1541-1548, 87 Stat 555

Mr. Page Penk
pro se
616 E. Main St. #5
Trinidad, CO 81082

## Standing to Sue

1. The All Writs Act of 1789 is my blanket authority to challenge the Constitutionality of the fatally flawed War Powers Resolution of 1973.

2. My "back up school" statutory authority is 28 U.S.C. 1331-1339, I think. If this is wrong, I won't be filing ANY APPEALS.

## Questions Presented

3. Can a statute, force the President today, the will of Congress, absent Constitutional authority to do so?

4. Can this same statute, force the President to "report" to Congress, as the War Powers Resolution does?

5. Are the Article III Courts going to submit to the words of a seperate and equal branch of government, Congress, and actual obey Congressional commands about the "severability" of the War Powers Resolution?

## Finding of Fact

6. Article III Courts decide the law, that's your job, NOT CONGRESS. That fact alone makes the War Powers Resolution NON-CONSTITUTIONALLY COMPLIANT. Period!

1

### An Argument

7. Please read the War Powers Act. Congress cannot demand anything of the President that is not spelled out, word for word, in the Constitution. Period.

### Prayer for Relief

8. That this Court ask Sec. of Defense, based on his Marine Corps service, what the entangling of military command between any two (2) parties, does to the likelyhood of military success.

9. That Pettyfogger Sessions be brought to Denver to start splainin' away all of the fatal flaws of the War Powers Resolution of 1973.

10. Then, when Pettyfogger Sessions is done splainin' his theory of the Rule of Laws, this Honorable Court strike down the War Powers Resolution of 1973.

### Reason For Granting The Writ

11. Does anyone have a better plan for stopping the planned Nuclear Holocaust both President Trump AND the ~~Plaintiff~~ Respondant have publicly promised, somewhere?

### Motion for Temporary Restraining Order

12. The Secretary of Defense is PROHIBITED from using ANY WEAPON SYSTEM in the U.S. arsenal WITHOUT A WRITTEN Declaration of War, from the U.S. Congress. This should not be controversial, but is.

2

## Motion To Proceed as a Beggar.

13. I wish to proceed without payment of fees.

## Affidavit of Poverty.

14. I can't pay for my food and shelter, much less anything else.

## Conclusion

15. This case isn't even close, except for one thing. My name is Page David Penk and I'm the one asking to strike down the War Powers Resolution of 1973. In America, in 2017, it all depends on who's asking the question as to if an answer is provided.

16. I got a 14 on the L.S.A.T. in 2005, not a 140 a 14. You get 150 points for signing your name to the test. That said, whom does this Honorable Court think is a better lawyer, me or Jeff Sessions?

17. Respectfully submitted on the Ides of Sept., 2017

Page Penk

18. Sent a copy to Jeff 950 Penn Washington D.C. 20530  Sept 15, 2017

3