IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02250-GPG

PAGE DAVID PENK,

    Plaintiff,

v.

THE HONORABLE JAMES MATTIS, U.S. Secretary of Defense,

    Respondent.

---

ORDER DIRECTING CLERK TO DISMISS THE ACTION

---

Plaintiff Page David Penk has submitted to the Court *pro se* a document titled "Emergency Complaint Challenging Constitutionality of the War Power Act/Resolution of 1973 50 U.S.C. 1541-1548, 87 Stat. 555." ECF No. 1.   For the reasons stated below, the action will be dismissed.

Plaintiff is enjoined from filing *pro se* lawsuits in this Court without first obtaining leave of court to proceed *pro se.   See Penk v. Huber*, No. 07-cv-00607-WYD-MEH, ECF No. 32 (D. Colo. Oct. 4, 2007).   To obtain permission to proceed *pro se*, Plaintiff must submit a "Petition Pursuant to Court Order Seeking Leave to File a *Pro Se* Action" and an affidavit that includes certain information specified in the sanction order with any complaint he seeks to file.   The Emergency Complaint Challenging Constitutionality of the War Power Act that Plaintiff has submitted to the Court does not comply with the requirements of the sanction order.   Plaintiff has not submitted all of the required

documents, and he has not provided all of the information specified in the sanction order. Accordingly, it is

ORDERED that the Emergency Complaint Challenging Constitutionality of the War Power Act, ECF No. 1, and the action are dismissed without prejudice because Plaintiff has failed to comply with the order enjoining him from filing *pro se* actions.

DATED at Denver, Colorado, this   20th   day of    September   , 2017.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court